**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Bryan L. Mulligan, Respondent,

v.

State of South Carolina, Petitioner.

Appellate Case No. 2013-002130

---

**ON WRIT OF CERTIORARI**

---

Appeal From Dorchester County
Carmen T. Mullen, Circuit Court Judge

---

Memorandum Opinion No. 2015-MO-024
Submitted April 1, 2015 – Filed April 29, 2015

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Attorney General Alan M. Wilson and Assistant Attorney General Megan E. Harrigan, both of Columbia, for Petitioner.

Tara Dawn Shurling, of Law Office of Tara Dawn Shurling, P.A., of Columbia, for Respondent.

---

**PER CURIAM:**  We granted the State's petition for a writ of certiorari to review the grant of Respondent's application for post-conviction relief (PCR).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**